# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**JOSEY ANN RODRIGUEZ TORRES,**

  Plaintiff,

      v.

**MASSACHUSETS MUTUAL LIFE INSURANCE COMPANY, et al.,**

  Defendants.

Civil No. 19-2061 (PG)

## ORDER

Before the Court is co-defendant Transamerica Life Insurance Co.'s ("Transamerica") unopposed [1] motion to dismiss plaintiff Josey Ann Rodriguez's complaint for failure to state a claim. See Docket No. 4. For the reasons below, Transamerica's motion is **GRANTED**.

Courts may dismiss a complaint for failure to state a claim upon which relief can be granted. See Fed. R. Civ. P. 12(b)(6). To survive a motion for dismissal, a complaint must plead facts sufficient to make the claim facially plausible. See Ashcroft v. Iqbal, 556 U.S. 662 (2009); Bell Atlantic Corp. v. Twombly, 550 U.S. 554 (2007).

Plaintiff has fallen well short of that standard – the factual allegations in plaintiff's complaint are limited to a mere four sentences mired by conclusory statements. See Docket 6-1. A reading of the complaint leaves the reviewer struggling to make out the facts that purportedly give rise to plaintiff's claim for relief. Indeed, "threadbare recitals of the elements of a cause of action, supported by mere conclusory statements, do not suffice." Labor Relations Div. of Constr. Indus. of Massachusetts, Inc. v. Healey, 844 F.3d 318, 327

---

[1] Said motion was filed on November 18, 2019 – seven days after this suit was removed from State court. See Docket Nos. 4 & 1. As of today, plaintiff has not filed a response to the motion to dismiss. As such, the Court deems Transamerica's motion unopposed.

(1st Cir. 2016). See also A.G. ex rel. Maddox v. v. Elsevier, Inc., 732 F.3d 77, 81 (1st Cir. 2013) ("When allegations, though disguised as factual, are so threadbare that they omit any meaningful factual content, we will treat them as what they are: naked conclusions").

Plaintiff's complaint thus fails to state a claim upon which relief can be granted. As such, Transamerica's motion is **GRANTED,** and plaintiff's claims are **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, January 15, 2020.

S/ JUAN M. PÉREZ-GIMÉNEZ
**JUAN M. PEREZ-GIMENEZ**
**SENIOR U.S. DISTRICT JUDGE**
